UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. MIDRANO and<br>SUSAN K. MIDRANO, | : | CIVIL NO. **1:04-CV-0963** |
| Plaintiffs | : | (Magistrate Judge Smyser) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

**ORDER**

**IT IS ORDERED** that the last paragraph of the Memorandum and Order filed on June 24, 2005 is amended to read as follows:

> The defendant's motion for summary judgment is **GRANTED.  IT IS ORDERED** that on the basis of an untimely action, the action will be dismissed with prejudice. **IT IS FURTHER ORDERED** that summary judgment shall be entered by the Clerk in favor of the defendant and against the plaintiffs.  The Clerk is directed to close this case.

                                              ***/s/ J. Andrew Smyser***
                                                J. Andrew Smyser
                                                Magistrate Judge

Dated:   June 24, 2005.