AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

Thomas J. Midrano and Susan K. Midrano

**v.**
CASE NUMBER: 1:CV-04-963

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order filed June 24, 2005, that summary judgment be and is hereby entered in favor of Defendant, United States of America, and against Plaintiffs, Thomas J. Midrano and Susan K. Midrano.

**FILED**
HARRISBURG, PA

JUN 2 4 2005

MARY E. D'ANDREA, CLERK
Per _____

Date: June 24, 2005

Mary E. D'Andrea, Clerk of Court

(By) Jill Cardile, Deputy Clerk